UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 10-1283 JVS (MLGx) | Date | August 25, 2010 |
| Title | NJB Investments, LP v. Alicia Singh, et al. | | |

Present: The Honorable    James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS)   ORDER to SHOW CAUSE RE JURISDICTION

     The Court has made a preliminary review of the Notice of Removal filed by Defendants Alicia Singh and Richard Mendez ("Defendants").

     Defendants assert that removal of this action is proper under 28 U.S.C. § 1443(1). (See Notice of Removal ¶ 4.) "A petition for removal under § 1443(1) must satisfy the two-part test articulated by the Supreme Court in Georgia v. Rachel, 384 U.S. 780, 788-92, 794-804 (1966) and City of Greenwood, Miss. v. Peacock, 384 U.S. 808, 824-28 (1966)." Patel v. Del Taco, Inc., 446 F.3d 996, 998-99 (9th Cir. 2006). "'First, the petitioners must assert, as a defense to the prosecution, rights that are given to them by explicit statutory enactment protecting equal racial civil rights.'" Id. at 999 (citing California v. Sandoval, 434 F.2d 635, 636 (9th Cir. 1970)). "'Second, petitioners must assert that the state courts will not enforce that right, and that allegation must be supported by reference to a state statute or a constitutional provision that purports to command the state courts to ignore the federal rights.'" Id. (citing Sandoval, 434 F.2d at 636). "Bad experiences with the particular court in question will not suffice." Sandoval, 434 F.2d at 636 (citing Rachel, 384 U.S. at 794-804; Peacock, 384 U.S. at 827-28). On the basis of the Notice of Removal, the Court does not believe that Defendants have satisfied the two-part test for removal under § 1443(1).

     Defendants also assert that removal is proper under 28 U.S.C. § 1441(a) (see Notice of Removal ¶ 5), but do not explain why that is so.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  SACV 10-1283 JVS (MLGx)                                   Date  August 25, 2010

Title    NJB Investments, LP v. Alicia Singh, et al.

    Defendants are ordered to show cause, within 15 days, why the Court should not remand this action for want of jurisdiction.

                                                                                                                00 : 00

Initials of Preparer     kjt