1

2

3                                                    JS - 6

4

5

6                    UNITED STATES DISTRICT COURT

7                    CENTRAL DISTRICT OF CALIFORNIA

8

9                                    | Case No. SACV 10-1283 JVS (MLGx)

10   NJB INVESTMENTS, LP,

11                     Plaintiff(s),

12                                       ORDER RE REMAND

13           v.

14

15   ALICIA SINGH, *et al.*,

16                     Defendant(s).

17

18

19       After reviewing the parties' responses to its Order to Show Cause re

20   Jurisdiction, the Court concludes that it lacks subject matter. Defendants ask the

21   Court to overrule the Supreme Court's interpretation of 28 U.S.C. § 1443(1).

22   (Docket No. 6 at 7-11.) This Court cannot overrule Supreme Court precedent and it

23   does not believe that the Supreme Court cases interpreting 28 U.S.C. § 1443(1)

24

25                                        1

1    have been overruled. Accordingly, the Court remands this case to Orange County

2    Superior Court.

3

4    DATED:        September 21, 2010    _____

5                                        JAMES V. SELNA
                                         UNITED STATES DISTRICT JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25                                       2